Judgment below is reversed and a new trial awarded.

---

## John C. Sleeth *vs.* Jacob Cutler, *Adm'r.*

[Action, pleading, points, authorities and decision same as in preceding.]